IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIAM SANSONE,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 17-cv-1206-JPG

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying Plaintiff's application for social security benefits is **AFFIRMED**.

Judgment is entered in favor of defendant Commissioner of Social Security and against plaintiff William Sansone.

**DATED: February 6, 2019**

                                            **Margaret M. Robertie,**
                                            **Clerk of Court**

                                            **BY:**    **s/Tina Gray**
                                                             **Deputy Clerk**

**Approved:**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**U.S. District Judge**